UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

| | |
|---|---|
| REYTON CEDAR KNOLL, LLC<br><br>PLAINTIFF<br><br>v.<br><br>SSR, INC. AND SINGLESOURCE ROOFING CORPORATION<br><br>DEFENDANTS | Civil Action No. 0:11-cv-00118-HRW |

**AFFIDAVIT OF THOMAS G. GOODWIN**

* * * * *

Comes affiant, THOMAS G. GOODWIN, after being duly sworn, states as follows:

1. My name is Thomas G. Goodwin. I am over the age of eighteen (18) years and fully competent to testify as to the matters set forth herein.

2. I am the attorney of record and lead counsel for the defendants, SSR, Inc. and SingleSource Roofing Corporation (collectively "SingleSource") in the above-styled matter.

3. On May 30, 2013, I sent a letter to counsel for the plaintiffs in this matter with proposed dates to depose the plaintiffs' designated experts and representatives. No dates were compatible with all parties.

4. On June 27, 2013, I sent another letter to counsel for the plaintiffs requesting dates to depose the plaintiffs' designated experts and representatives including Johnny Eggleston. That letter also requested to extend the discovery deadline through September 1, 2013.

5. On June 28, 2013, counsel for the plaintiffs indicated they would only extend the deadline through July 31, 2013.

EXHIBIT
tabbies
H

6. On June 30, 2013, I informed counsel for the plaintiffs that extending the discovery deadline through July 2013 would be futile because I have no available dates due to other business matters.

7. On July 21, 2013, I sent a letter to counsel for the plaintiffs as a follow-up to a July 16, 2013 telephone conversation. That letter memorialized the July 16, 2013 conversation in which counsel agreed to proceed with scheduling the depositions of the plaintiffs experts, representatives, and witnesses. Accordingly, the letter provided ten (10) dates in August 2013 to depose the plaintiffs' experts and five (5) representatives. The letter also included a requested Fed. R. Civ. P. 30 (b)(6) deposition notice.

8. On July 25, 2013, counsel for the plaintiffs responded that they were not willing to proceed with scheduling the requested depositions despite the July 16, 2013 telephone conversation.

9. The plaintiffs' failure to comply with requests to depose their experts, representatives, and witnesses precludes SingleSource from adequately responding to their recent motion for partial summary judgment.

10. SingleSource requests the Court to deny the motion for partial summary judgment or, in the alternative, hold the motion in abeyance until SingleSource can complete the requested depositions.

11. Further affiant sayeth not.

THOMAS G. GOODWIN

COMMONWEALTH OF KENTUCKY )
) SS
COUNTY OF JEFFERSON )

Subscribed and sworn to before me this the 20th day of September, 2013, by THOMAS G. GOODWIN.

My commission expires: 4/3/2017

Notary Public, State at Large, Kentucky