UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

Civil Action No. 11-118-HRW

REYTON CEDAR KNOLL, LLC, *et al.*,　　　　　　　　　　　　　　PLAINTIFFS,

v.　　　　　　　　　　　　　　ORDER

SSR, INC
and
SINGLE SOURCE ROOFING CORPORATION,　　　　　　　　　　　　　　DEFENDANTS.

This matter is before the Plaintiffs' Motion for Partial Summary Judgment [Docket No. 81] and Defendants' Motion for Summary Judgment [Docket No. 81]. The motions were referred to United States Magistrate Judge Candace J. Smith for Report and Recommendation.

Magistrate Judge Smith recommends that both motions be denied [Docket No. 100]. The parties have not filed objections and the time for doing so has passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED**:

(1)　that the Magistrate Judge's report and recommendation [Docket No. 100] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court;

(2)　Plaintiffs' Motion for Partial Summary Judgment [Docket No. 81] be **OVERRULED**; and

(3)　Defendants' Motion for Summary Judgment [Docket No. 81] be **OVERRULED**.

This 10th day of March, 2015.

Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge